UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 31  P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner )<br>)<br>V. )<br>)<br>RALPH B. COLLINS )<br>)<br>        Respondent ) | M.B.D. No.<br>**05 MBD 10057** |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Denice Anderson is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Ralph B. Collins resides or is found at 4 Phelps Street, Marlboro, Massachusetts 01752 within the jurisdiction of this Court.

4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return. For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to making the return.

5. On July 19, 2004, Revenue Officer Denice Anderson issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Ralph B. Collins, directing him to appear before Revenue Officer Denice Anderson at 118 Turnpike Road, Suite 100 Southborough, MA 01772 at 2:00 P.M. on August 24, 2004 and to produce for examination (and give testimony relating to) documents and financial records for the year(s) ending December 31, 2001, December 31, 2002 and December 31, 2003.

A copy of the Summons is attached to this Petition as "Exhibit A". On July 19, 2004, Revenue Officer Denice Anderson served the Summons on Ralph B. Collins by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Denice Anderson signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

6. Ralph B. Collins has complied with the Summons with respect to the years ending (s) December 31, 2001, but has failed and refuses to comply with respect to the years ending (s) December 31, 2002 and December 31, 2003.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Ralph B. Collins for examination by an officer of the Internal Revenue Service is necessary to make a federal income tax return (s) for the year(s) ending December 31, 2002 and December 31, 2003.

WHEREFORE, the petitioners pray that:

1. Ralph B. Collins be ordered to show cause, if any he has, why he should not obey the Summons;

2. Ralph B. Collins be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Denice Anderson or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: *Barbara Healy Smith*
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: JANUARY 31, 2005

# Summons



EXHIBIT A

In the matter of   **Ralph B Collins, 4 Phelps St, Marlboro MA 01752**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 04**

Periods **December 31, 2001, December 31, 2002, December 31, 2003**

## The Commissioner of Internal Revenue

To   **Ralph B Collins**
At   **4 Phelps St Marlboro MA 01752**

You are hereby summoned and required to appear before DENICE ANDERSON, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **December 31, 2001, December 31, 2002, December 31, 2003**, including but not limited to: statement of wages for the year(s) **December 31, 2001, December 31, 2002, December 31, 2003**, statements regarding interest or dividend income for the year(s) **December 31, 2001, December 31, 2002, December 31, 2003**; employee earnings statements for the year(s) **December 31, 2001, December 31, 2002, December 31, 2003**; records of deposits to bank accounts during the year(s) **December 31, 2001, December 31, 2002, December 31, 2003**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **December 31, 2001, December 31, 2002, December 31, 2003** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

118 TURNPIKE RD SUITE 100, SOUTHBOROUGH MA 01772-2104   508-460-1773 or 781-413-5840 (cell)

**Place and time for appearance at:**   118 TURNPIKE RD SUITE 100, SOUTHBOROUGH MA 01772-2104

on the __24th__ day of __August__, __2004__ at __2:00__ o'clock __P__ m.

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this __19th__ day of __July__, __2004__

_Denice Anderson_
Signature of Issuing Officer

**REVENUE OFFICER**
Title

_____
Signature of Approving Officer (if applicable)

_____
Title

**Original** -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7-19-04 | 10:34 AM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _in sealed envelope on back porch near back door_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: _Denice Anderson_    Title: _Revenue Officer_

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

Signature: _Denice Anderson_    Title: _Revenue Officer_

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _Denice Anderson_    Title: _Revenue Officer_

Form **2039** (Rev. 12-2001)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   Petitioner )<br>)<br>V. )<br>)<br>RALPH B. COLLINS )<br>)<br>   Respondent ) | M.B.D. No.<br><br>**05MBD 10057** |

## DECLARATION OF REVENUE OFFICER

I, Denice Anderson, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 118 Turnpike Road, Suite 100 Southborough, MA 01772. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Ralph B. Collins for the period(s) ending December 31, 2001, December 31, 2002 and December 31, 2003.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on July 19, 2004, an administrative summons to Ralph B. Collins to give testimony and to produce documents as described in same summons. The summons is attached to the Petition as Exhibit A.

4. In accordance with 26 U.S.C. § 7603, on July 19, 2004, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent. Ralph B. Collins, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On August 24, 2004, Ralph B. Collins failed to comply with the

summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Ralph B. Collins for the period(s) ending December 31, 2002 and December 31, 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____26th_____ day of October, 2004

Denice Anderson
Revenue Officer