UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner )<br>                         )<br>       V.                  )<br>                         )<br>RALPH B. COLLINS   )<br>                         )<br>       Respondent ) | M.B.D. No.<br><br>**05 MBD 10057** |

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Denice Anderson, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # __25__ in the United States Courthouse in __BOSTON, MA__ on the __5th__ day of __APRIL__, 200__5__, at __10:00__ __A__ M, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on July 19, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Ralph B. Collins on or before __MARCH 15__, 200__5__.

It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at __U.S.D.C., BOSTON__, Massachusetts on this __8th__ day of __FEBRUARY__, 200__5__.

_____
UNITED STATES DISTRICT JUDGE


*/s/ Marianne B. Bowler*
UNITED STATES MAGISTRATE JUDGE