# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** United States Of America | **COURT CASE NUMBER** 05-MBD-10057 |
| **DEFENDANT** Ralph B. Collins | **TYPE OF PROCESS** Order to Show Cause |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ralph B. Collins
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4 Phelps Street, Marlboro, MA 01752  (Bus. Collins Painting & Paper Hanging, Inc.) Try res. Barre

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way  Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before  3/15 ,2005

Home address: 396 Town Farm Rd., Barre, MA

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER (617) 748-3282
DATE 1/31/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Inlanera | 2/14/05 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Christine Collins  wife

Address (complete only if different than shown above):
396 Town Farm Rd
Barre MA → Barre, MA

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/22/05  Time: 11:00 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 30.46 | — | 203.93 | | | |

REMARKS:
2/24/05 and 1Dsn/1hr/20 miles noans -45° Address appears vacant/Phone is disconnected Vans parked in yard w/ Bus name
2/24/05 Fwd to USMS Springfield at -45.00

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner     )<br>                               )<br>        V.             )<br>                               )<br>RALPH B. COLLINS     )<br>                               )<br>      Respondent    ) | M.B.D. No.<br><br>**05 MBD 10057** |

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Denice Ancerson, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # __25__ in the United States Courthouse in __BOSTON, MA__ on the __6th__ day of __APRIL__, 200__5__, at __10:00__ __A__ M, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on July 19, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Ralph B. Collins on or before __MARCH 15__, 200__5__.

It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at __U.S.D.C., BOSTON__, Massachusetts on this __8th__ day of __FEBRUARY__, 200__5__.

_____
UNITED STATES DISTRICT JUDGE

*Marianne B. Bowler*
UNITED STATES MAGISTRATE JUDGE