UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>RALPH B. COLLINS, )<br>    Respondent. ) | MBD No. 05-10057-MBB |

### ORDER TO SHOW CAUSE

Upon the Petitioner's Motion for a New Order to Show Cause and Affidavits of Gary Anderson, Revenue Officer of the Internal Revenue Service, it is:

ORDERED that the respondent, RALPH B. COLLINS, appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom #25, 7th Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the 26th day of January 2006, at 11:15 a.m./p.m., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on July 19, 2004.

It is further ORDERED within five days of receipt of this Order, the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.

DATED at Boston, Massachusetts this 22nd day of November, 2005.

*Marianne B. Bowler USMJ*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE